UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Antonio PINEDO–URENO, Defendant–Appellant.

No. 05–51490.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 25, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Kenneth Del Valle, El Paso, TX, for Defendant–Appellant.

---

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jose Antonio Pinedo–Ureno on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pinedo–Ureno received a copy of counsel's motion and has not filed a response. Our independent review of counsel's brief and the record discloses no issue of arguable merit for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

